# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stahl, Norman H. | US Court of Appeals - 1st Circuit | 05/12/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Status | ☐ Nomination Date  ☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

US Court of Appeals
1 Courthouse Way, Suite 8730
Boston, Massachusetts 02210

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | Board Member | Tufts Medical Center Board of Govenors |
| 3. | Member of the Board of Advisors | Warren B. Rudman Center for Justice, Leadership and Public Policy |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/12/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Ashland House Associates, LP, 9%, Bedford, NH - Rental Income | F | Rent | N | W | | | | | |
| 2. | Citizen's Bank, Cash, Checking and MM | A | Interest | K | T | | | | | |
| 3. | Martha's Vineyard Savings Bank, Cash (X) | A | Interest | J | T | | | | | |
| 4. | | | | | | | | | | |
| 5. | Trust # 1 -- Common Stocks | D | Dividend | O | T | | | | | |
| 6. | -Exxon Mobil | | | | | | | | | |
| 7. | -Kellogg Co | | | | | | | | | |
| 8. | -Pepsico | | | | | | | | | |
| 9. | -Charles Schwab Corp. | | | | | | | | | |
| 10. | -EBAY Inc. | | | | | Sold (part) | 01/08/15 | J | B | |
| 11. | | | | | | Sold | 01/16/15 | J | D | |
| 12. | -Google, Inc. Class A | | | | | Sold (part) | 07/20/15 | J | C | |
| 13. | | | | | | Sold | 08/11/15 | J | B | |
| 14. | -Alphabet Inc. Class C (Name Change, Previously Google, Inc. Class C) | | | | | Sold (part) | 12/07/15 | J | B | |
| 15. | -Nestle SA | | | | | | | | | |
| 16. | -Diageo PLC | | | | | Sold | 10/07/15 | J | A | |
| 17. | | | | | | Buy | 08/13/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Scripps NTWK | | | | | Buy (add'l) | 05/08/15 | J | | |
| 19. | | | | | Buy (add'l) | 07/17/15 | J | | |
| 20. | | | | | Sold (part) | 09/30/15 | J | | |
| 21. | | | | | Sold (part) | 10/06/15 | J | | |
| 22. | | | | | Sold (part) | 10/22/15 | J | A | |
| 23. | | | | | Sold (part) | 11/10/15 | J | B | |
| 24. | | | | | Sold | 11/19/15 | J | A | |
| 25. -Time Warner Inc | | | | | Sold (part) | 01/13/15 | J | A | |
| 26. -Anheuser-Busch InBev | | | | | | | | | |
| 27. -Walt Disney Co | | | | | Sold (part) | 01/13/15 | J | A | |
| 28. | | | | | Sold (part) | 06/22/15 | J | B | |
| 29. | | | | | Buy (add'l) | 09/10/15 | J | | |
| 30. -William Sonoma | | | | | Sold (part) | 01/13/15 | J | A | |
| 31. | | | | | Sold (part) | 03/16/15 | J | B | |
| 32. -Cheesecake Factory Inc. | | | | | Buy (add'l) | 10/20/15 | J | | |
| 33. -Nike Inc. Class B | | | | | | | | | |
| 34. -Apple | | | | | Sold (part) | 02/17/15 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 02/23/15 | J | B | |
| 36.   -Ralph Lauren | | | | | Sold (part) | 06/03/15 | J | | |
| 37. | | | | | Sold (part) | 10/09/15 | J | | |
| 38.   -Lululemon Athletica | | | | | Sold (part) | 03/16/15 | J | | |
| 39. | | | | | Buy (add'l) | 10/01/15 | J | | |
| 40. | | | | | Buy (add'l) | 11/11/15 | J | | |
| 41.   -Grainger | | | | | Buy (add'l) | 03/04/15 | J | | |
| 42. | | | | | Sold (part) | 04/17/15 | J | | |
| 43. | | | | | Sold (part) | 04/20/15 | J | | |
| 44. | | | | | Sold (part) | 04/21/15 | J | A | |
| 45. | | | | | Sold (part) | 04/23/15 | J | A | |
| 46. | | | | | Sold | 04/24/15 | J | A | |
| 47.   -Whole Foods | | | | | Sold (part) | 10/28/15 | J | | |
| 48. | | | | | Sold | 10/30/15 | J | | |
| 49.   -Starbucks | | | | | Sold (part) | 03/19/15 | J | B | |
| 50. | | | | | Sold (part) | 08/24/15 | J | A | |
| 51.   -AMC Networks Inc. | | | | | Sold (part) | 12/07/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Visa Inc CL A | | | | | Sold (part) | 01/13/15 | J | A | |
| 53. | | | | | Sold (part) | 11/03/15 | J | A | |
| 54. | | | | | Sold (part) | 12/07/15 | J | B | |
| 55. -LVMH MOET | | | | | Buy (add'l) | 01/22/15 | J | | |
| 56. -United Parcel Service | | | | | Buy (add'l) | 07/22/15 | J | | |
| 57. | | | | | Buy (add'l) | 10/28/15 | J | | |
| 58. -The Priceline Group | | | | | Buy (add'l) | 01/07/15 | J | | |
| 59. | | | | | Sold (part) | 08/06/15 | J | A | |
| 60. | | | | | Sold (part) | 10/23/15 | J | B | |
| 61. -Amazon | | | | | Buy | 01/07/15 | J | | |
| 62. | | | | | Buy (add'l) | 01/09/15 | J | | |
| 63. | | | | | Buy (add'l) | 01/12/15 | J | | |
| 64. | | | | | Buy (add'l) | 01/20/15 | J | | |
| 65. | | | | | Sold (part) | 07/14/15 | J | A | |
| 66. | | | | | Sold (part) | 08/24/15 | J | A | |
| 67. | | | | | Sold (part) | 08/26/15 | J | A | |
| 68. -Comcast Corporation | | | | | Buy | 10/28/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Stahl, Norman H. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 11/05/15 | J | | |
| 70. | | | | | Buy (add'l) | 11/06/15 | J | | |
| 71.   -General Mills | | | | | Buy | 02/23/15 | J | | |
| 72. | | | | | Buy (add'l) | 03/03/15 | J | | |
| 73. | | | | | Buy (add'l) | 03/16/15 | J | | |
| 74. | | | | | Buy (add'l) | 04/30/15 | J | | |
| 75.   -McDonalds | | | | | Buy | 05/29/15 | J | | |
| 76. | | | | | Buy (add'l) | 06/02/15 | J | | |
| 77. | | | | | Buy (add'l) | 07/16/15 | J | | |
| 78. | | | | | Buy (add'l) | 07/23/15 | J | | |
| 79.   -Nielsen | | | | | Buy | 03/12/15 | J | | |
| 80. | | | | | Buy (add'l) | 03/16/15 | J | | |
| 81. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 82. | | | | | Sold (part) | 10/14/15 | J | A | |
| 83. | | | | | Sold (part) | 10/19/15 | J | A | |
| 84. | | | | | Sold | 10/20/15 | J | A | |
| 85.   -Nestle | | | | | Buy | 10/07/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Sysco | | | | | Buy | 04/22/15 | J | | |
| 87. | | | | | Buy (add'l) | 04/30/15 | J | | |
| 88. | | | | | Sold (part) | 08/25/15 | J | A | |
| 89. | | | | | Sold | 08/26/15 | J | A | |
| 90. -Tiffany & Co | | | | | Buy | 10/22/15 | J | | |
| 91. | | | | | Buy (add'l) | 10/23/15 | J | | |
| 92. -Twitter | | | | | Buy | 11/10/15 | J | | |
| 93. | | | | | Buy (add'l) | 11/20/15 | J | | |
| 94. -Wal-mart Stores | | | | | Buy | 08/25/15 | J | | |
| 95. | | | | | Buy (add'l) | 08/26/15 | J | | |
| 96. | | | | | Buy (add'l) | 09/04/15 | J | | |
| 97. | | | | | Buy (add'l) | 09/10/15 | J | | |
| 98. | | | | | Buy (add'l) | 09/14/15 | J | | |
| 99. | | | | | Buy (add'l) | 10/19/15 | J | | |
| 100. | | | | | | | | | |
| 101. Trust # 1 -Money Market Accounts | A | Dividend | J | T | | | | | |
| 102. -Acct, Schwab Govt Money Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | | | | |
| 104. Trust # 1 -- Bonds/Bills/CDs | B | Interest | O | T | | | | | |
| 105. -US Treas Note .25%, Due 03/31/15 | | | | | Matured | 03/31/15 | O | | |
| 106. -US Treas Bill Due 7/2/15 | | | | | Buy | 04/01/15 | O | | |
| 107. | | | | | Matured | 07/02/15 | O | | |
| 108. -Bank of Hapoalim 0.4% CD 1/19/16 | | | | | Buy | 07/08/15 | M | | |
| 109. -Bank of the West 0.3% CD 1/15/16 | | | | | Buy | 07/08/15 | M | | |
| 110. -US Treasury Bill Due 1/7/16 | | | | | Buy | 07/08/15 | M | | |
| 111. | | | | | | | | | |
| 112. Trust # 2 -- Common Stock (IRA) | E | Dividend | P1 | T | | | | | |
| 113. -Apple | | | | | Buy (add'l) | 01/05/15 | K | | |
| 114. | | | | | Buy (add'l) | 01/06/15 | J | | |
| 115. | | | | | Buy (add'l) | 10/16/15 | K | | |
| 116. | | | | | Sold (part) | 02/11/15 | J | C | |
| 117. | | | | | Sold (part) | 02/12/15 | K | D | |
| 118. | | | | | Sold (part) | 02/17/15 | J | C | |
| 119. | | | | | Sold (part) | 02/23/15 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 02/24/15 | J | B | |
| 121. | | | | | Sold (part) | 03/10/15 | J | D | |
| 122. | | | | | Buy (add'l) | 04/30/15 | J | | |
| 123. | | | | | Buy (add'l) | 05/05/15 | J | | |
| 124. | | | | | Buy (add'l) | 05/06/15 | J | | |
| 125. | | | | | Buy (add'l) | 05/12/15 | J | | |
| 126. | | | | | Sold (part) | 05/27/15 | J | C | |
| 127. | | | | | Buy (add'l) | 08/04/15 | J | | |
| 128. | | | | | Buy (add'l) | 08/04/15 | J | | |
| 129. | | | | | Buy (add'l) | 08/13/15 | J | | |
| 130. | | | | | Buy (add'l) | 08/21/15 | J | | |
| 131. | | | | | Sold (part) | 08/28/15 | J | | |
| 132. | | | | | Sold (part) | 09/10/15 | J | | |
| 133. | | | | | Sold (part) | 09/14/15 | J | | |
| 134. | | | | | Sold (part) | 09/29/15 | J | | |
| 135. | | | | | Buy (add'l) | 10/05/15 | J | | |
| 136. | | | | | Buy (add'l) | 10/08/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 10/23/15 | J | C | |
| 138. | | | | | Buy (add'l) | 12/15/15 | J | | |
| 139. | | | | | Buy (add'l) | 12/17/15 | J | | |
| 140. -Google, Inc. Class A | | | | | Sold (part) | 02/04/15 | J | | |
| 141. | | | | | Sold (part) | 03/31/15 | J | B | |
| 142. | | | | | Sold (part) | 05/27/15 | J | A | |
| 143. | | | | | Sold | 07/20/15 | K | E | |
| 144. -Alphabet Inc. Class C (Name Change, Previously Google, Inc. Class C) | | | | | Buy (add'l) | 04/17/15 | J | | |
| 145. | | | | | Sold (part) | 07/17/15 | J | B | |
| 146. | | | | | Sold (part) | 08/06/15 | J | B | |
| 147. | | | | | Sold (part) | 08/26/15 | J | A | |
| 148. | | | | | Sold (part) | 08/27/15 | J | A | |
| 149. | | | | | Sold (part) | 08/28/15 | J | A | |
| 150. | | | | | Sold (part) | 09/15/15 | J | B | |
| 151. | | | | | Sold (part) | 10/23/15 | J | C | |
| 152. | | | | | Sold (part) | 10/27/15 | K | A | |
| 153. | | | | | Sold (part) | 12/01/15 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -Diageo, PLC | | | | | Buy (add'l) | 03/10/15 | J | | |
| 155. | | | | | Buy (add'l) | 03/11/15 | J | | |
| 156. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 157. | | | | | Buy (add'l) | 07/31/15 | J | | |
| 158. | | | | | Buy (add'l) | 09/29/15 | J | | |
| 159. | | | | | Buy (add'l) | 08/13/15 | J | | |
| 160. | | | | | Sold (part) | 01/29/15 | J | | |
| 161. | | | | | Sold (part) | 02/24/15 | K | | |
| 162. | | | | | Sold (part) | 05/27/15 | J | | |
| 163. | | | | | Sold (part) | 08/28/15 | J | | |
| 164.  -Nestle | | | | | Sold (part) | 08/28/15 | J | | |
| 165. | | | | | Buy (add'l) | 10/02/15 | J | | |
| 166. | | | | | Buy (add'l) | 10/07/15 | J | | |
| 167.  -Scripps Networks Interactive | | | | | Buy (add'l) | 01/20/15 | J | | |
| 168. | | | | | Buy (add'l) | 02/05/15 | J | | |
| 169. | | | | | Buy (add'l) | 03/10/15 | J | | |
| 170. | | | | | Buy (add'l) | 03/17/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 03/18/15 | J | | |
| 172. | | | | | Buy (add'l) | 03/27/15 | J | | |
| 173. | | | | | Buy (add'l) | 05/11/15 | J | | |
| 174. | | | | | Buy (add'l) | 05/14/15 | J | | |
| 175. | | | | | Sold (part) | 05/27/15 | J | | |
| 176. | | | | | Buy (add'l) | 07/08/15 | J | | |
| 177. | | | | | Buy (add'l) | 07/17/15 | J | | |
| 178. | | | | | Buy (add'l) | 07/23/15 | J | | |
| 179. | | | | | Sold (part) | 08/28/15 | J | | |
| 180. | | | | | Sold (part) | 09/04/15 | J | | |
| 181. | | | | | Sold (part) | 09/09/15 | J | | |
| 182. | | | | | Sold (part) | 09/15/15 | J | | |
| 183. | | | | | Sold (part) | 09/18/15 | J | | |
| 184. | | | | | Sold (part) | 09/30/15 | J | | |
| 185. | | | | | Sold (part) | 10/02/15 | J | | |
| 186. | | | | | Sold (part) | 10/05/15 | J | | |
| 187. | | | | | Sold (part) | 10/07/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold (part) | 10/08/15 | J | | |
| 189. | | | | | Sold (part) | 10/22/15 | J | | |
| 190. | | | | | Sold (part) | 10/23/15 | J | | |
| 191. | | | | | Sold (part) | 10/26/15 | J | | |
| 192. | | | | | Sold (part) | 11/11/15 | J | | |
| 193. | | | | | Sold (part) | 11/12/15 | J | | |
| 194. | | | | | Sold (part) | 11/13/15 | K | | |
| 195. | | | | | Sold (part) | 11/16/15 | J | | |
| 196. | | | | | Sold (part) | 11/18/15 | J | | |
| 197. | | | | | Sold | 11/19/15 | J | | |
| 198. -Time Warner | | | | | Sold (part) | 01/07/15 | J | C | |
| 199. | | | | | Buy (add'l) | 08/05/15 | K | | |
| 200. | | | | | Sold (part) | 08/28/15 | J | | |
| 201. | | | | | Buy (add'l) | 09/29/15 | J | | |
| 202. | | | | | Sold (part) | 10/13/15 | J | | |
| 203. | | | | | Buy (add'l) | 12/08/15 | J | | |
| 204. -EBay, Inc. | | | | | Sold (part) | 01/08/15 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold (part) | 01/14/15 | J | A | |
| 206. | | | | | Sold | 01/16/15 | K | C | |
| 207.  -Anheuser-Busch InBev | | | | | Sold (part) | 02/23/15 | J | B | |
| 208. | | | | | Sold (part) | 02/26/15 | J | A | |
| 209. | | | | | Buy (add'l) | 05/04/15 | J | | |
| 210. | | | | | Buy (add'l) | 07/30/15 | J | | |
| 211. | | | | | Buy (add'l) | 08/26/15 | J | | |
| 212. | | | | | Buy (add'l) | 09/01/15 | J | | |
| 213. | | | | | Buy (add'l) | 09/29/15 | J | | |
| 214. | | | | | Sold (part) | 12/07/15 | J | B | |
| 215. | | | | | Sold (part) | 12/08/15 | J | C | |
| 216. | | | | | Sold (part) | 12/14/15 | J | C | |
| 217. | | | | | Sold (part) | 12/17/15 | J | B | |
| 218. | | | | | Sold (part) | 12/23/15 | J | B | |
| 219.  -Disney Walt Co | | | | | Buy (add'l) | 08/05/15 | J | | |
| 220. | | | | | Buy (add'l) | 08/20/15 | J | | |
| 221. | | | | | Buy (add'l) | 08/21/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 17 of 53

Name of Person Reporting

Stahl, Norman H.

Date of Report

05/12/2016

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold (part) | 03/12/15 | J | C | |
| 223. | | | | | Sold (part) | 05/27/15 | J | C | |
| 224. | | | | | Sold (part) | 06/01/15 | J | C | |
| 225. | | | | | Sold (part) | 06/16/15 | J | C | |
| 226. | | | | | Sold (part) | 06/25/15 | J | C | |
| 227. | | | | | Sold (part) | 07/16/15 | J | C | |
| 228. | | | | | Sold (part) | 08/28/15 | J | | |
| 229. | | | | | Sold (part) | 11/06/15 | J | B | |
| 230. | | | | | Sold (part) | 11/09/15 | J | D | |
| 231. -Williams Sonoma | | | | | Sold (part) | 01/07/15 | J | B | |
| 232. | | | | | Sold (part) | 01/08/15 | J | B | |
| 233. | | | | | Sold (part) | 01/14/15 | J | B | |
| 234. | | | | | Sold (part) | 02/24/15 | J | B | |
| 235. | | | | | Sold (part) | 02/26/15 | J | B | |
| 236. | | | | | Sold (part) | 03/12/15 | J | B | |
| 237. | | | | | Sold (part) | 03/16/15 | J | B | |
| 238. | | | | | Buy (add'l) | 04/27/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 04/28/15 | J | | |
| 240. | | | | | Sold (part) | 06/15/15 | J | B | |
| 241. | | | | | Sold (part) | 06/17/15 | J | B | |
| 242. | | | | | Sold (part) | 07/10/15 | J | B | |
| 243. | | | | | Sold (part) | 08/07/15 | J | B | |
| 244. | | | | | Sold (part) | 08/10/15 | J | C | |
| 245. | | | | | Buy (add'l) | 08/27/15 | J | | |
| 246. | | | | | Buy (add'l) | 10/13/15 | J | | |
| 247. | | | | | Buy (add'l) | 10/14/15 | J | | |
| 248. | | | | | Buy (add'l) | 10/23/15 | J | | |
| 249. | | | | | Buy (add'l) | 11/13/15 | J | | |
| 250. | | | | | Buy (add'l) | 11/19/15 | J | | |
| 251. | | | | | Buy (add'l) | 11/20/15 | J | | |
| 252. | | | | | Buy (add'l) | 11/24/15 | J | | |
| 253. | | | | | Buy (add'l) | 12/17/15 | J | | |
| 254. -Cheesecake Factory Inc. | | | | | Sold (part) | 01/05/15 | J | B | |
| 255. | | | | | Sold (part) | 01/07/15 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold (part) | 05/27/15 | J | A | |
| 257. | | | | | Sold (part) | 06/01/15 | J | A | |
| 258. | | | | | Sold (part) | 06/03/15 | J | A | |
| 259. | | | | | Sold (part) | 08/28/15 | J | B | |
| 260. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 261. | | | | | Buy (add'l) | 10/20/15 | J | | |
| 262. | | | | | Buy (add'l) | 10/21/15 | J | | |
| 263. | | | | | Buy (add'l) | 10/29/15 | J | | |
| 264. -Nike Inc. | | | | | Buy (add'l) | 01/16/15 | K | | |
| 265. | | | | | Sold (part) | 03/19/15 | J | A | |
| 266. | | | | | Sold (part) | 03/20/15 | J | A | |
| 267. | | | | | Sold (part) | 05/27/15 | J | A | |
| 268. | | | | | Sold (part) | 08/28/15 | J | B | |
| 269. | | | | | Sold (part) | 09/25/15 | J | B | |
| 270. -Ralph Lauren | | | | | Buy (add'l) | 02/11/15 | J | | |
| 271. | | | | | Buy (add'l) | 02/24/15 | J | | |
| 272. | | | | | Buy (add'l) | 03/03/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Buy (add'l) | 03/05/15 | J | | |
| 274. | | | | | Buy (add'l) | 03/06/15 | J | | |
| 275. | | | | | Buy (add'l) | 03/11/15 | J | | |
| 276. | | | | | Buy (add'l) | 04/30/15 | J | | |
| 277. | | | | | Sold (part) | 05/11/15 | J | | |
| 278. | | | | | Sold (part) | 05/12/15 | J | | |
| 279. | | | | | Sold (part) | 05/27/15 | J | | |
| 280. | | | | | Sold (part) | 06/02/15 | J | | |
| 281. | | | | | Sold (part) | 06/03/15 | J | | |
| 282. | | | | | Buy (add'l) | 07/27/15 | J | | |
| 283. | | | | | Buy (add'l) | 08/05/15 | J | | |
| 284. | | | | | Buy (add'l) | 08/19/15 | J | | |
| 285. | | | | | Sold (part) | 08/28/15 | J | | |
| 286. | | | | | Sold (part) | 09/30/15 | J | | |
| 287. | | | | | Buy (add'l) | 10/23/15 | J | | |
| 288. | | | | | Buy (add'l) | 10/30/15 | J | | |
| 289. | | | | | Buy (add'l) | 11/12/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290.  -Lululemon Athletica | | | | | Sold (part) | 01/05/15 | J | | |
| 291. | | | | | Sold (part) | 01/17/15 | J | | |
| 292. | | | | | Sold (part) | 01/08/15 | J | | |
| 293. | | | | | Sold (part) | 01/12/15 | J | | |
| 294. | | | | | Sold (part) | 02/11/15 | J | B | |
| 295. | | | | | Sold (part) | 02/23/15 | J | A | |
| 296. | | | | | Sold (part) | 02/26/15 | J | A | |
| 297. | | | | | Sold (part) | 03/16/15 | J | B | |
| 298. | | | | | Sold (part) | 04/07/15 | J | A | |
| 299. | | | | | Sold (part) | 04/08/15 | J | B | |
| 300. | | | | | Buy (add'l) | 05/21/15 | J | | |
| 301. | | | | | Sold (part) | 05/27/15 | J | | |
| 302. | | | | | Sold (part) | 06/23/15 | J | B | |
| 303. | | | | | Sold (part) | 08/27/15 | J | B | |
| 304. | | | | | Sold (part) | 08/31/15 | J | A | |
| 305. | | | | | Sold (part) | 09/04/15 | J | A | |
| 306. | | | | | Buy (add'l) | 09/14/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Buy (add'l) | 09/17/15 | J | | |
| 308. | | | | | Buy (add'l) | 09/18/15 | J | | |
| 309. | | | | | Buy (add'l) | 09/24/15 | J | | |
| 310. | | | | | Buy (add'l) | 09/28/15 | J | | |
| 311. | | | | | Buy (add'l) | 10/01/15 | J | | |
| 312. | | | | | Buy (add'l) | 10/13/15 | J | | |
| 313. | | | | | Buy (add'l) | 10/21/15 | J | | |
| 314. | | | | | Buy (add'l) | 10/22/15 | J | | |
| 315. | | | | | Buy (add'l) | 10/23/15 | J | | |
| 316. | | | | | Buy (add'l) | 11/13/15 | J | | |
| 317.  -AMC Networks Inc. | | | | | Sold (part) | 05/04/15 | J | B | |
| 318. | | | | | Sold (part) | 05/27/15 | J | A | |
| 319. | | | | | Sold (part) | 06/22/15 | J | A | |
| 320. | | | | | Sold (part) | 07/10/15 | J | B | |
| 321. | | | | | Sold (part) | 07/13/15 | J | B | |
| 322. | | | | | Buy (add'l) | 08/20/15 | J | | |
| 323. | | | | | Sold (part) | 08/28/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Buy (add'l) | 10/13/15 | J | | |
| 325. | | | | | Buy (add'l) | 10/20/15 | J | | |
| 326. | | | | | Sold (part) | 11/10/15 | J | A | |
| 327. | | | | | Sold (part) | 11/11/15 | J | B | |
| 328. | | | | | Sold (part) | 11/18/15 | J | B | |
| 329. | | | | | Sold (part) | 11/24/15 | J | B | |
| 330. | | | | | Sold (part) | 11/25/15 | J | B | |
| 331.  -Grainger | | | | | Buy (add'l) | 02/19/15 | J | | |
| 332. | | | | | Buy (add'l) | 03/04/15 | J | | |
| 333. | | | | | Buy (add'l) | 03/10/15 | J | | |
| 334. | | | | | Sold (part) | 04/15/15 | J | | |
| 335. | | | | | Sold (part) | 04/17/15 | K | | |
| 336. | | | | | Sold (part) | 04/21/15 | K | | |
| 337. | | | | | Sold (part) | 04/23/15 | K | A | |
| 338. | | | | | Sold | 04/24/15 | K | A | |
| 339.  -General Mills | | | | | Buy | 02/23/15 | J | | |
| 340. | | | | | Buy (add'l) | 02/24/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 24 of 53

**Name of Person Reporting**

Stahl, Norman H.

**Date of Report**

05/12/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Buy (add'l) | 02/26/15 | J | | |
| 342. | | | | | Buy (add'l) | 03/03/15 | J | | |
| 343. | | | | | Buy (add'l) | 03/04/15 | J | | |
| 344. | | | | | Buy (add'l) | 03/06/15 | K | | |
| 345. | | | | | Buy (add'l) | 03/10/15 | J | | |
| 346. | | | | | Buy (add'l) | 03/11/15 | J | | |
| 347. | | | | | Buy (add'l) | 03/16/15 | J | | |
| 348. | | | | | Buy (add'l) | 03/18/15 | J | | |
| 349. | | | | | Buy (add'l) | 04/30/15 | J | | |
| 350. | | | | | Sold (part) | 05/27/15 | J | A | |
| 351. | | | | | Sold (part) | 07/02/15 | J | A | |
| 352. | | | | | Sold (part) | 07/07/15 | J | A | |
| 353. | | | | | Sold (part) | 09/25/15 | J | A | |
| 354. | | | | | Buy (add'l) | 11/06/15 | J | | |
| 355. | | | | | Sold (part) | 12/08/15 | J | A | |
| 356. | | | | | Sold (part) | 12/14/15 | J | A | |
| 357. -LVMH MOET | | | | | Buy (add'l) | 01/05/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 358. | | | | | Buy (add'l) | 01/22/15 | J | | |
| 359. | | | | | Sold (part) | 04/10/15 | J | A | |
| 360. | | | | | Sold (part) | 05/27/15 | J | A | |
| 361. | | | | | Sold (part) | 06/26/15 | J | A | |
| 362. | | | | | Buy (add'l) | 08/12/15 | J | | |
| 363. | | | | | Sold (part) | 08/28/15 | J | | |
| 364. | | | | | Sold (part) | 10/09/15 | J | A | |
| 365. | | | | | Buy (add'l) | 11/16/15 | J | | |
| 366. -The Priceline Group | | | | | Buy (add'l) | 01/07/15 | J | | |
| 367. | | | | | Buy (add'l) | 01/09/15 | J | | |
| 368. | | | | | Buy (add'l) | 01/16/15 | J | | |
| 369. | | | | | Sold (part) | 02/12/15 | J | | |
| 370. | | | | | Sold (part) | 02/17/15 | J | | |
| 371. | | | | | Sold (part) | 02/26/15 | J | A | |
| 372. | | | | | Sold (part) | 05/01/15 | K | B | |
| 373. | | | | | Sold (part) | 05/06/15 | J | A | |
| 374. | | | | | Sold (part) | 05/27/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Buy (add'l) | 06/19/15 | J | | |
| 376. | | | | | Buy (add'l) | 06/26/15 | J | | |
| 377. | | | | | Sold (part) | 07/31/15 | J | A | |
| 378. | | | | | Sold (part) | 08/05/15 | K | C | |
| 379. | | | | | Sold (part) | 09/09/15 | J | B | |
| 380. | | | | | Sold (part) | 09/15/15 | J | B | |
| 381. | | | | | Sold (part) | 10/26/15 | J | B | |
| 382. -Starbucks | | | | | Buy (add'l) | 01/09/15 | J | | |
| 383. | | | | | Sold (part) | 03/16/15 | J | B | |
| 384. | | | | | Sold (part) | 03/18/15 | J | B | |
| 385. | | | | | Sold (part) | 03/19/15 | J | A | |
| 386. | | | | | Sold (part) | 04/24/15 | J | B | |
| 387. | | | | | Sold (part) | 05/27/15 | J | A | |
| 388. | | | | | Sold (part) | 06/01/15 | J | B | |
| 389. | | | | | Sold (part) | 06/17/15 | J | B | |
| 390. | | | | | Sold (part) | 07/13/15 | J | B | |
| 391. | | | | | Sold (part) | 08/25/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Sold (part) | 08/28/15 | J | A | |
| 393. | | | | | Sold (part) | 10/19/15 | J | B | |
| 394. -United Parcel Service | | | | | Buy (add'l) | 03/03/15 | J | | |
| 395. | | | | | Buy (add'l) | 03/04/15 | J | | |
| 396. | | | | | Buy (add'l) | 03/10/15 | J | | |
| 397. | | | | | Buy (add'l) | 03/26/15 | J | | |
| 398. | | | | | Buy (add'l) | 07/23/15 | J | | |
| 399. | | | | | Sold (part) | 08/28/15 | J | | |
| 400. | | | | | Buy (add'l) | 10/28/15 | J | | |
| 401. -Visa, Inc. | | | | | Sold (part) | 01/05/15 | J | A | |
| 402. | | | | | Sold (part) | 02/23/15 | J | A | |
| 403. | | | | | Sold (part) | 03/02/15 | J | B | |
| 404. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 405. | | | | | Sold (part) | 05/27/15 | J | A | |
| 406. | | | | | Sold (part) | 06/01/15 | J | A | |
| 407. | | | | | Sold (part) | 06/09/15 | J | A | |
| 408. | | | | | Sold (part) | 07/24/15 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Sold (part) | 08/28/15 | J | A | |
| 410. | | | | | Sold (part) | 10/22/15 | J | B | |
| 411. | | | | | Sold (part) | 11/03/15 | J | C | |
| 412. | | | | | Sold (part) | 11/04/15 | J | B | |
| 413. -Wholefoods Foods Market, Inc. | | | | | Sold (part) | 01/05/15 | J | B | |
| 414. | | | | | Sold (part) | 02/11/15 | J | A | |
| 415. | | | | | Sold (part) | 02/12/15 | J | C | |
| 416. | | | | | Sold (part) | 02/18/15 | J | B | |
| 417. | | | | | Sold (part) | 03/12/15 | J | B | |
| 418. | | | | | Buy (add'l) | 04/30/15 | J | | |
| 419. | | | | | Buy (add'l) | 05/08/15 | J | | |
| 420. | | | | | Sold (part) | 05/27/15 | J | | |
| 421. | | | | | Buy (add'l) | 06/11/15 | J | | |
| 422. | | | | | Buy (add'l) | 06/19/15 | J | | |
| 423. | | | | | Buy (add'l) | 06/25/15 | J | | |
| 424. | | | | | Buy (add'l) | 06/26/15 | J | | |
| 425. | | | | | Buy (add'l) | 07/23/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Buy (add'l) | 07/24/15 | J | | |
| 427. | | | | | Buy (add'l) | 07/30/15 | J | | |
| 428. | | | | | Buy (add'l) | 08/05/15 | J | | |
| 429. | | | | | Buy (add'l) | 08/11/15 | J | | |
| 430. | | | | | Sold (part) | 08/28/15 | J | | |
| 431. | | | | | Sold (part) | 10/02/15 | J | | |
| 432. | | | | | Sold (part) | 10/15/15 | J | | |
| 433. | | | | | Sold (part) | 10/28/15 | K | | |
| 434. | | | | | Sold (part) | 10/29/15 | K | | |
| 435. | | | | | Sold | 10/30/15 | J | | |
| 436. -Amazon | | | | | Buy | 01/07/15 | J | | |
| 437. | | | | | Buy (add'l) | 01/09/15 | K | | |
| 438. | | | | | Buy (add'l) | 01/12/15 | K | | |
| 439. | | | | | Buy (add'l) | 01/14/15 | J | | |
| 440. | | | | | Buy (add'l) | 01/16/15 | J | | |
| 441. | | | | | Buy (add'l) | 01/20/15 | J | | |
| 442. | | | | | Buy (add'l) | 01/28/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 30 of 53

**Name of Person Reporting**

Stahl, Norman H.

**Date of Report**

05/12/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Sold (part) | 02/11/15 | J | B | |
| 444. | | | | | Sold (part) | 02/12/15 | J | A | |
| 445. | | | | | Sold (part) | 02/23/15 | J | A | |
| 446. | | | | | Sold (part) | 02/26/15 | J | A | |
| 447. | | | | | Sold (part) | 04/24/15 | J | B | |
| 448. | | | | | Sold (part) | 05/08/15 | K | D | |
| 449. | | | | | Sold (part) | 05/27/15 | J | B | |
| 450. | | | | | Sold (part) | 06/01/15 | J | B | |
| 451. | | | | | Sold (part) | 06/03/15 | J | A | |
| 452. | | | | | Sold (part) | 06/11/15 | J | B | |
| 453. | | | | | Sold (part) | 06/23/15 | J | B | |
| 454. | | | | | Sold (part) | 07/13/15 | J | B | |
| 455. | | | | | Sold (part) | 07/14/15 | J | B | |
| 456. | | | | | Sold (part) | 07/17/15 | J | B | |
| 457. | | | | | Sold (part) | 07/20/15 | J | A | |
| 458. | | | | | Sold (part) | 07/31/15 | J | B | |
| 459. | | | | | Sold (part) | 08/24/15 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 31 of 53

Name of Person Reporting

Stahl, Norman H.

Date of Report

05/12/2016

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Sold (part) | 08/26/15 | J | C | |
| 461. | | | | | Sold (part) | 08/27/15 | J | B | |
| 462. | | | | | Sold (part) | 09/18/15 | J | B | |
| 463. | | | | | Sold (part) | 09/24/15 | J | B | |
| 464. | | | | | Sold (part) | 11/06/15 | J | B | |
| 465. -Comcast | | | | | Buy | 11/05/15 | J | | |
| 466. | | | | | Buy (add'l) | 11/06/15 | K | | |
| 467. | | | | | Buy (add'l) | 11/13/15 | J | | |
| 468. | | | | | Buy (add'l) | 11/19/15 | J | | |
| 469. | | | | | Buy (add'l) | 12/02/15 | J | | |
| 470. | | | | | Buy (add'l) | 12/07/15 | J | | |
| 471. | | | | | Buy (add'l) | 12/08/15 | J | | |
| 472. | | | | | Buy (add'l) | 12/14/15 | J | | |
| 473. | | | | | Buy (add'l) | 10/28/15 | K | | |
| 474. -McDonalds | | | | | Buy | 05/29/15 | K | | |
| 475. | | | | | Buy (add'l) | 06/02/15 | J | | |
| 476. | | | | | Buy (add'l) | 06/03/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 32 of 53

**Name of Person Reporting**

Stahl, Norman H.

**Date of Report**

05/12/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 477. | | | | | Buy (add'l) | 06/04/15 | J | | |
| 478. | | | | | Buy (add'l) | 06/08/15 | J | | |
| 479. | | | | | Buy (add'l) | 06/09/15 | J | | |
| 480. | | | | | Buy (add'l) | 06/15/15 | J | | |
| 481. | | | | | Buy (add'l) | 07/16/15 | J | | |
| 482. | | | | | Buy (add'l) | 07/17/15 | J | | |
| 483. | | | | | Buy (add'l) | 07/23/15 | J | | |
| 484. | | | | | Buy (add'l) | 08/24/15 | J | | |
| 485. | | | | | Sold (part) | 08/28/15 | J | | |
| 486. | | | | | Buy (add'l) | 09/09/15 | J | | |
| 487. | | | | | Sold (part) | 10/23/15 | J | A | |
| 488. | | | | | Sold (part) | 12/15/15 | J | A | |
| 489. -Nielson | | | | | Buy | 03/12/15 | J | | |
| 490. | | | | | Buy (add'l) | 03/16/15 | K | | |
| 491. | | | | | Buy (add'l) | 04/15/15 | J | | |
| 492. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 493. | | | | | Buy (add'l) | 04/24/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. | | | | | Buy (add'l) | 05/13/15 | J | | |
| 495. | | | | | Sold (part) | 05/27/15 | J | | |
| 496. | | | | | Sold (part) | 08/28/15 | J | | |
| 497. | | | | | Sold (part) | 09/24/15 | J | | |
| 498. | | | | | Sold (part) | 10/01/15 | J | | |
| 499. | | | | | Sold (part) | 10/02/15 | J | | |
| 500. | | | | | Sold (part) | 10/05/15 | J | A | |
| 501. | | | | | Sold (part) | 10/06/15 | J | A | |
| 502. | | | | | Sold (part) | 10/07/15 | J | A | |
| 503. | | | | | Sold (part) | 10/12/15 | J | A | |
| 504. | | | | | Sold (part) | 10/13/15 | J | A | |
| 505. | | | | | Sold (part) | 10/14/15 | J | A | |
| 506. | | | | | Sold (part) | 10/15/15 | J | A | |
| 507. | | | | | Sold (part) | 10/16/15 | J | A | |
| 508. | | | | | Sold (part) | 10/19/15 | J | B | |
| 509. | | | | | Sold | 10/20/15 | K | B | |
| 510. -Sysco | | | | | Buy | 04/17/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. | | | | | Buy (add'l) | 04/24/15 | J | | |
| 512. | | | | | Buy (add'l) | 04/27/15 | J | | |
| 513. | | | | | Buy (add'l) | 04/30/15 | J | | |
| 514. | | | | | Buy (add'l) | 05/05/15 | J | | |
| 515. | | | | | Sold (part) | 05/27/15 | J | | |
| 516. | | | | | Buy (add'l) | 06/04/15 | J | | |
| 517. | | | | | Buy (add'l) | 07/24/15 | J | | |
| 518. | | | | | Buy (add'l) | 07/27/15 | J | | |
| 519. | | | | | Sold (part) | 08/11/15 | J | A | |
| 520. | | | | | Sold (part) | 08/12/15 | J | A | |
| 521. | | | | | Sold (part) | 08/19/15 | J | A | |
| 522. | | | | | Sold (part) | 08/20/15 | K | B | |
| 523. | | | | | Sold (part) | 08/21/15 | J | A | |
| 524. | | | | | Sold (part) | 08/25/15 | J | A | |
| 525. | | | | | Sold | 08/26/15 | J | B | |
| 526.   -Tiffany & Co | | | | | Buy | 10/22/15 | K | | |
| 527. | | | | | Buy (add'l) | 10/23/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 53

Name of Person Reporting

Stahl, Norman H.

Date of Report

05/12/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. | | | | | Buy (add'l) | 11/06/15 | J | | |
| 529. | | | | | Buy (add'l) | 11/10/15 | J | | |
| 530. | | | | | Buy (add'l) | 11/11/15 | J | | |
| 531. | | | | | Buy (add'l) | 11/13/15 | J | | |
| 532. | | | | | Buy (add'l) | 11/19/15 | J | | |
| 533. -Twitter | | | | | Buy | 11/10/15 | J | | |
| 534. | | | | | Buy (add'l) | 11/11/15 | J | | |
| 535. | | | | | Buy (add'l) | 11/12/15 | J | | |
| 536. | | | | | Buy (add'l) | 11/13/15 | J | | |
| 537. | | | | | Buy (add'l) | 12/01/15 | J | | |
| 538. | | | | | Buy (add'l) | 12/02/15 | J | | |
| 539. | | | | | Buy (add'l) | 12/07/15 | J | | |
| 540. | | | | | Buy (add'l) | 12/15/15 | J | | |
| 541. -Walmart | | | | | Buy | 08/25/15 | J | | |
| 542. | | | | | Buy (add'l) | 08/26/15 | K | | |
| 543. | | | | | Buy (add'l) | 09/01/15 | J | | |
| 544. | | | | | Buy (add'l) | 09/04/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

Name of Person Reporting

Stahl, Norman H.

Date of Report

05/12/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. | | | | | Buy (add'l) | 09/09/15 | J | | |
| 546. | | | | | Buy (add'l) | 09/10/15 | K | | |
| 547. | | | | | Buy (add'l) | 09/18/15 | J | | |
| 548. | | | | | Buy (add'l) | 09/28/15 | J | | |
| 549. | | | | | Buy (add'l) | 10/01/15 | J | | |
| 550. | | | | | Buy (add'l) | 10/02/15 | J | | |
| 551. | | | | | Buy (add'l) | 10/13/15 | J | | |
| 552. | | | | | Buy (add'l) | 10/14/15 | J | | |
| 553. | | | | | Buy (add'l) | 10/19/15 | J | | |
| 554. | | | | | Buy (add'l) | 10/20/15 | J | | |
| 555. | | | | | Buy (add'l) | 10/28/15 | J | | |
| 556. | | | | | Buy (add'l) | 11/19/15 | J | | |
| 557. | | | | | Buy (add'l) | 12/01/15 | J | | |
| 558. | | | | | | | | | |
| 559. Trust # 2 -- Money Market Funds (IRA) | A | Dividend | J | T | | | | | |
| 560. -Schwab Govt Money Fund | | | | | | | | | |
| 561. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562.  Trust # 2 -- Bonds/Bills/Notes (IRA) | B | Interest | P1 | T | | | | | |
| 563.  -US Treas Note 0.25% Due 3/31/15 | | | | | Matured | 03/31/15 | P1 | | |
| 564.  -US Treas Bill Due 7/2/15 | | | | | Buy | 04/01/15 | P1 | | |
| 565. | | | | | Matured | 07/02/15 | P1 | | |
| 566.  -US Treasury Bill Due 1/7/16 | | | | | Buy | 07/08/15 | M | | |
| 567.  -Bank of China 0.25% CD Due 1/15/16 | | | | | Buy | 07/08/15 | M | | |
| 568.  -Bank of the West 0.3% CD Due 1/15/16 | | | | | Buy | 07/08/15 | M | | |
| 569.  -Bank Baroda NY 0.3% CD Due 1/13/16 | | | | | Buy | 07/08/15 | M | | |
| 570.  -Bank Hapoalim 0.4% CD Due 1/19/16 | | | | | Buy | 07/08/15 | M | | |
| 571. | | | | | | | | | |
| 572.  Trust # 3 -- Common Stock | E | Dividend | P1 | T | | | | | |
| 573.  -Exxon Mobil | | | | | | | | | |
| 574.  -Pepsico | | | | | | | | | |
| 575.  -Diageo PLC | | | | | Sold (part) | 01/05/15 | J | | |
| 576. | | | | | Sold (part) | 01/17/15 | J | | |
| 577. | | | | | Buy (add'l) | 03/10/15 | J | | |
| 578. | | | | | Buy (add'l) | 03/31/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Stahl, Norman H. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. | | | | | Buy (add'l) | 07/31/15 | J | | |
| 580. | | | | | Buy (add'l) | 10/07/15 | J | | |
| 581. | | | | | Buy (add'l) | 10/12/15 | J | | |
| 582. -Ebay Inc | | | | | Sold (part) | 01/08/15 | K | B | |
| 583. | | | | | Sold | 01/16/15 | K | D | |
| 584. -Google Inc, Class A | | | | | Sold (part) | 07/20/15 | K | D | |
| 585. | | | | | Sold | 08/11/15 | J | C | |
| 586. -Alphabet Inc. Class C (Name Change, Previously Google, Inc. Class C) | | | | | Buy (add'l) | 01/06/15 | J | | |
| 587. | | | | | Buy (add'l) | 01/08/15 | J | | |
| 588. | | | | | Sold (part) | 09/15/15 | J | A | |
| 589. | | | | | Sold (part) | 12/07/15 | K | C | |
| 590. -Nestle | | | | | Buy (add'l) | 10/07/15 | J | | |
| 591. -Scripps NTWK | | | | | Buy (add'l) | 01/20/15 | J | | |
| 592. | | | | | Buy (add'l) | 02/05/15 | J | | |
| 593. | | | | | Buy (add'l) | 07/17/15 | J | | |
| 594. | | | | | Buy (add'l) | 08/20/15 | J | | |
| 595. | | | | | Sold (part) | 09/30/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. | | | | | Sold (part) | 10/02/15 | J | | |
| 597. | | | | | Sold (part) | 10/05/15 | J | | |
| 598. | | | | | Sold (part) | 10/06/15 | J | | |
| 599. | | | | | Sold (part) | 10/07/15 | J | A | |
| 600. | | | | | Sold (part) | 10/20/15 | J | A | |
| 601. | | | | | Sold (part) | 10/26/15 | J | B | |
| 602. | | | | | Sold (part) | 11/10/15 | J | C | |
| 603. | | | | | Sold | 11/19/15 | J | C | |
| 604. -Time Warner Inc | | | | | Sold (part) | 01/07/15 | J | D | |
| 605. | | | | | Buy (add'l) | 08/20/15 | J | | |
| 606. -Anheuser-Busch InBev | | | | | Buy (add'l) | 08/26/15 | J | | |
| 607. -Disney Walt Co | | | | | Sold (part) | 03/12/15 | J | C | |
| 608. | | | | | Sold (part) | 06/22/15 | J | B | |
| 609. -Williams Sonoma | | | | | Sold (part) | 03/10/15 | J | B | |
| 610. | | | | | Sold (part) | 03/12/15 | J | B | |
| 611. | | | | | Buy (add'l) | 11/20/15 | J | | |
| 612. -Cheesecake Factory | | | | | Sold (part) | 06/12/15 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. | | | | | Sold (part) | 07/31/15 | J | B | |
| 614. | | | | | Buy (add'l) | 10/20/15 | J | | |
| 615.  -Nike Inc Class B | | | | | Sold (part) | 06/26/15 | J | C | |
| 616.  -Apple | | | | | Sold (part) | 02/23/15 | J | B | |
| 617. | | | | | Sold (part) | 03/06/15 | J | B | |
| 618. | | | | | Sold (part) | 03/10/15 | J | B | |
| 619. | | | | | Buy (add'l) | 08/11/15 | J | | |
| 620. | | | | | Buy (add'l) | 10/05/15 | J | | |
| 621.  -Ralph Lauren | | | | | Buy (add'l) | 01/16/15 | J | | |
| 622. | | | | | Sold (part) | 02/04/15 | J | | |
| 623. | | | | | Buy (add'l) | 03/10/15 | J | | |
| 624. | | | | | Sold (part) | 06/01/15 | J | | |
| 625. | | | | | Sold (part) | 06/02/15 | J | | |
| 626. | | | | | Sold (part) | 11/06/15 | J | | |
| 627.  -Lululemon Athletics | | | | | Sold (part) | 02/26/15 | J | A | |
| 628. | | | | | Sold (part) | 03/17/15 | J | A | |
| 629. | | | | | Buy (add'l) | 09/17/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. | | | | | Buy (add'l) | 10/01/15 | J | | |
| 631. | | | | | Buy (add'l) | 10/22/15 | J | | |
| 632.  -AMC Networks | | | | | Sold (part) | 06/22/15 | J | A | |
| 633. | | | | | Sold (part) | 07/10/15 | J | A | |
| 634. | | | | | Buy (add'l) | 10/20/15 | J | | |
| 635.  -Grainger | | | | | Buy (add'l) | 01/16/15 | J | | |
| 636. | | | | | Sold (part) | 04/10/15 | J | | |
| 637. | | | | | Sold (part) | 04/17/15 | J | | |
| 638. | | | | | Sold (part) | 04/20/15 | J | | |
| 639. | | | | | Sold (part) | 04/21/15 | J | | |
| 640. | | | | | Sold (part) | 04/23/15 | K | A | |
| 641. | | | | | Sold | 04/24/15 | J | A | |
| 642.  -LVMH MOET | | | | | Buy (add'l) | 01/22/15 | J | | |
| 643.  -The Priceline Group | | | | | Buy (add'l) | 01/05/15 | J | | |
| 644. | | | | | Buy (add'l) | 01/06/15 | J | | |
| 645. | | | | | Buy (add'l) | 01/07/15 | J | | |
| 646. | | | | | Sold (part) | 02/17/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. | | | | | Sold (part) | 09/15/15 | J | B | |
| 648. | | | | | Sold (part) | 09/17/15 | J | A | |
| 649. | | | | | Sold (part) | 10/23/15 | J | B | |
| 650. -Starbucks | | | | | Sold (part) | 03/19/15 | J | B | |
| 651. | | | | | Sold (part) | 06/01/15 | J | B | |
| 652. | | | | | Sold (part) | 08/24/15 | J | B | |
| 653. -United Parcel Service | | | | | Buy (add'l) | 07/22/15 | J | | |
| 654. | | | | | Buy (add'l) | 10/28/15 | J | | |
| 655. -Visa | | | | | Sold (part) | 01/05/15 | J | A | |
| 656. | | | | | Sold (part) | 07/31/15 | J | B | |
| 657. | | | | | Sold (part) | 11/03/15 | J | B | |
| 658. -Whole Foods Market, Inc. | | | | | Sold (part) | 01/07/15 | J | B | |
| 659. | | | | | Sold (part) | 02/12/15 | J | B | |
| 660. | | | | | Buy (add'l) | 06/19/15 | J | | |
| 661. | | | | | Buy (add'l) | 06/25/15 | J | | |
| 662. | | | | | Buy (add'l) | 06/26/15 | J | | |
| 663. | | | | | Buy (add'l) | 08/05/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Stahl, Norman H.

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. | | | | | Sold (part) | 10/07/15 | J | | |
| 665. | | | | | Sold (part) | 10/08/15 | J | | |
| 666. | | | | | Sold (part) | 10/16/15 | J | | |
| 667. | | | | | Sold (part) | 10/28/15 | J | | |
| 668. | | | | | Sold | 10/30/15 | J | | |
| 669.  -Amazon | | | | | Buy | 01/07/15 | J | | |
| 670. | | | | | Buy (add'l) | 01/09/15 | J | | |
| 671. | | | | | Buy (add'l) | 01/12/15 | J | | |
| 672. | | | | | Buy (add'l) | 01/16/15 | J | | |
| 673. | | | | | Buy (add'l) | 01/20/15 | J | | |
| 674. | | | | | Sold (part) | 06/01/15 | J | B | |
| 675. | | | | | Sold (part) | 07/14/15 | J | B | |
| 676. | | | | | Sold (part) | 07/24/15 | J | B | |
| 677. | | | | | Sold (part) | 08/06/15 | J | D | |
| 678. | | | | | Sold (part) | 10/23/15 | J | B | |
| 679.  -Comcast | | | | | Buy | 10/28/15 | K | | |
| 680. | | | | | Buy (add'l) | 11/05/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. | | | | | Buy (add'l) | 11/06/15 | J | | |
| 682. | | | | | Buy (add'l) | 12/07/15 | J | | |
| 683.  -General Mills | | | | | Buy | 02/23/15 | J | | |
| 684. | | | | | Buy (add'l) | 02/24/15 | J | | |
| 685. | | | | | Buy (add'l) | 02/26/15 | J | | |
| 686. | | | | | Buy (add'l) | 03/05/15 | J | | |
| 687. | | | | | Buy (add'l) | 03/10/15 | J | | |
| 688. | | | | | Buy (add'l) | 04/27/15 | J | | |
| 689.  -McDonalds | | | | | Buy | 05/29/15 | J | | |
| 690. | | | | | Buy (add'l) | 06/02/15 | J | | |
| 691. | | | | | Buy (add'l) | 06/12/15 | J | | |
| 692. | | | | | Buy (add'l) | 07/16/15 | J | | |
| 693. | | | | | Buy (add'l) | 07/17/15 | J | | |
| 694. | | | | | Buy (add'l) | 08/26/15 | J | | |
| 695.  -Nielsen Holdings PLC | | | | | Buy | 03/12/15 | J | | |
| 696. | | | | | Buy (add'l) | 03/16/15 | J | | |
| 697. | | | | | Buy (add'l) | 03/17/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 699. | | | | | Buy (add'l) | 04/24/15 | J | | |
| 700. | | | | | Sold (part) | 10/02/15 | J | | |
| 701. | | | | | Sold (part) | 10/14/15 | J | A | |
| 702. | | | | | Sold (part) | 10/15/15 | J | A | |
| 703. | | | | | Sold (part) | 10/16/15 | J | A | |
| 704. | | | | | Sold (part) | 10/19/15 | J | A | |
| 705. | | | | | Sold | 10/20/15 | J | A | |
| 706.   -Sysco Corporation | | | | | Buy | 04/22/15 | J | | |
| 707. | | | | | Buy (add'l) | 04/24/15 | J | | |
| 708. | | | | | Buy (add'l) | 04/27/15 | J | | |
| 709. | | | | | Buy (add'l) | 06/12/15 | J | | |
| 710. | | | | | Sold (part) | 08/19/15 | J | A | |
| 711. | | | | | Sold (part) | 08/20/15 | J | A | |
| 712. | | | | | Sold (part) | 08/21/15 | J | A | |
| 713. | | | | | Sold (part) | 08/25/15 | J | A | |
| 714. | | | | | Sold | 08/26/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715.  -Tiffany & Co | | | | | Buy | 10/22/15 | J | | |
| 716. | | | | | Buy (add'l) | 10/23/15 | J | | |
| 717. | | | | | Buy (add'l) | 11/09/15 | J | | |
| 718. | | | | | Buy (add'l) | 11/11/15 | J | | |
| 719.  -Twitter | | | | | Buy | 11/10/15 | J | | |
| 720. | | | | | Buy (add'l) | 11/11/15 | J | | |
| 721. | | | | | Buy (add'l) | 11/19/15 | J | | |
| 722. | | | | | Buy (add'l) | 12/03/15 | J | | |
| 723.  -Wal-Mart Stores | | | | | Buy | 08/25/15 | J | | |
| 724. | | | | | Buy (add'l) | 08/26/15 | J | | |
| 725. | | | | | Buy (add'l) | 09/16/15 | J | | |
| 726. | | | | | Buy (add'l) | 09/18/15 | J | | |
| 727. | | | | | Buy (add'l) | 10/01/15 | J | | |
| 728. | | | | | Buy (add'l) | 10/02/15 | J | | |
| 729. | | | | | Buy (add'l) | 10/13/15 | J | | |
| 730. | | | | | Buy (add'l) | 10/14/15 | J | | |
| 731. | | | | | Buy (add'l) | 10/16/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. | | | | | Buy (add'l) | 10/19/15 | J | | |
| 733. | | | | | | | | | |
| 734. Trust # 3 -- Bonds/Bills/Notes | A | Interest | N | T | | | | | |
| 735. -US Treas Note 0.25% Due 3/31/15 | | | | | Matured | 03/31/15 | N | | |
| 736. -US Treasury Bill Due 7/2/15 | | | | | Buy | 04/01/15 | N | | |
| 737. | | | | | Matured | 07/02/15 | N | | |
| 738. -US Treasury Bill Due 1/7/16 | | | | | Buy | 07/08/15 | N | | |
| 739. | | | | | | | | | |
| 740. Trust # 3 -- Money Market Funds | A | Dividend | J | T | | | | | |
| 741. -Schwab Govt Money Fund | | | | | | | | | |
| 742. | | | | | | | | | |
| 743. Trust # 4 - Bonds | E | Interest | N | T | | | | | |
| 744. -Wenham MA Bond 4.95%, 06/01/2017 | | | | | Redeemed | 04/01/15 | K | | |
| 745. -Las Vegas NV GO 5% 04/01/2015 Bond | | | | | Sold | 01/22/15 | K | | |
| 746. -Lowell MA GO 5% 12/15/2015 Bond | | | | | Matured | 12/15/15 | K | | |
| 747. -Massachusetts St Dev Fin Bond, 5%, 09/01/2019 | | | | | | | | | |
| 748. -Town of Braintree MA 5%, 05/15/2019 | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**     Name of Person Reporting     Date of Report

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 749. -Houston Tex ARPT Sys Rev 5%, 07/01/2021 | | | | | | | | | |
| 750. -Massachusetts St Wtr 5 %, 08/01/2021 | | | | | | | | | |
| 751. -Broward Cnty Fla 5%, 10/01/2017 | | | | | | | | | |
| 752. -Pittsfield Mass Rfdg St 5%, 03/01/2020 | | | | | | | | | |
| 753. -Massachusetts Bay Transn Auth 5% 07/01/2022 | | | | | | | | | |
| 754. - Tyler TX Indep Sch Dist 5% 02/15/2023 (Note 2) | | | | | | | | | |
| 755. - Nebraska St Public Powr Dist 5% 01/01/2025 (Note 3) | | | | | | | | | |
| 756. -Oklahoma St Wtr Resource Bond 04/01/2020 | | | | | Sold | 09/17/15 | K | A | |
| 757. -Marshfield MA Muni Purpose Bond 11/01/2024 | | | | | | | | | |
| 758. -Althens, AL 5% 02/01/2023 | | | | | | | | | |
| 759. -MA ST Wtr Poll 5% 08/01/2017 | | | | | | | | | |
| 760. -TX Southmost CLG 5% 02/15/2025 | | | | | | | | | |
| 761. -Peabody, MA 4% Due 7/15/21 | | | | | Buy | 01/23/15 | K | | |
| 762. -MA ST DEV 4.5% Due 7/1/28 | | | | | Buy | 04/02/15 | K | | |
| 763. -Georgetown, MA 4% Due 5/1/20 | | | | | Buy | 07/14/15 | K | | |
| 764. -MA ST FED HWY 5% Due 6/15/26 | | | | | Buy | 09/17/15 | K | | |
| 765. -MA ST SCH BLDG AUTH 5% Due 8/15/29 | | | | | Buy | 12/17/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. | | | | | | | | | |
| 767. Trust # 5 -IRA | C | Dividend | L | T | | | | | |
| 768. -ALPS ETF TR Alerian MLP | | | | | Buy (add'l) | 03/10/15 | J | | |
| 769. | | | | | Sold (part) | 11/04/15 | J | | |
| 770. | | | | | Sold (part) | 12/10/15 | J | | |
| 771. -Altria Group Inc. | | | | | | | | | |
| 772. -Bank of Montreal | | | | | | | | | |
| 773. -National Retail Properties, Inc. | | | | | Sold (part) | 07/01/15 | J | A | |
| 774. | | | | | Sold | 07/02/15 | J | A | |
| 775. -BCE Inc. New | | | | | | | | | |
| 776. -Eli Lilly & Co | | | | | Sold | 08/26/15 | J | B | |
| 777. -Welltower, Inc. ( Name change, Formerly: Health Care Reit, Inc.) | | | | | | | | | |
| 778. -Lorillard, Inc. | | | | | Sold (part) | 03/10/15 | J | A | |
| 779. | | | | | Sold | 03/11/15 | J | B | |
| 780. -Lockheed Martin Corp. | | | | | | | | | |
| 781. -Merck & Co Inc. | | | | | | | | | |
| 782. -Microchip Technology Inc. | | | | | Sold (part) | 03/10/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | | Date of Report |
|---|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. -Royal Dutch Shell PLC | | | | | | | | | |
| 784. -American Electric Power | | | | | | | | | |
| 785. -Chevron | | | | | | | | | |
| 786. -Bank of Nova Scotia | | | | | Sold (part) | 11/04/15 | J | | |
| 787. | | | | | Sold | 11/05/15 | J | | |
| 788. -HSBC Holdings PLC | | | | | | | | | |
| 789. -Baytex Energy Corp | | | | | Sold | 03/11/15 | J | | |
| 790. -Plum Creek Timber Co | | | | | | | | | |
| 791. -Ventas Inc. | | | | | Sold | 03/10/15 | J | A | |
| 792. -Simon Property Group, Inc. | | | | | Buy | 03/10/15 | J | | |
| 793. -GlaxoSmithKline | | | | | Buy | 03/11/15 | J | | |
| 794. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 795. -Reynolds American | | | | | Buy | 03/12/15 | J | | |
| 796. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 797. | | | | | Sold (part) | 08/26/15 | J | A | |
| 798. -Digital Realty Trust, Inc. | | | | | Buy | 06/30/15 | J | | |
| 799. | | | | | Buy (add'l) | 07/02/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800.  -Duke Energy | | | | | Buy | 08/26/15 | J | | |
| 801. | | | | | Buy (add'l) | 08/27/15 | J | | |
| 802.  -Eaton Corporation | | | | | Buy | 11/05/15 | J | | |
| 803.  -Verizon | | | | | Buy | 11/05/15 | J | | |
| 804.  -Seagate Technology | | | | | Buy | 12/10/15 | J | | |
| 805. | | | | | Buy (add'l) | 12/11/15 | J | | |
| 806. | | | | | | | | | |
| 807.  Trust # 5, Money Market | A | Dividend | J | T | | | | | |
| 808.  -Federated Money Markt Oblig Tr Automated Govt Money Tr | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
| --- | --- |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Norman H. Stahl**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544